ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Military Aircraft Parts ) ASBCA No. 60418
)
Under Contract No. SPM4A7-11-M-T291 )

APPEARANCE FOR THE APPELLANT: Mr. Robert E. Marin
President

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Cara A. Wulf, Esq.
Trial Attorney
Defense Contract Management Agency
Boston, MA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 February 2016

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60418, Appeal of Military Aircraft Parts, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals